UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAN DECHIRICO, ANGEL GUZMAN, AND JOSHUA PALMER,<br><br>                                   Plaintiffs,<br><br>          v.<br><br>ALLY FINANCIAL INC., ALPACA SECURITIES LLC, CASH APP INVESTING LLC, SQUARE INC., MORGAN STANLEY SMITH BARNEY LLC, E*TRADE SECURITIES LLC, E*TRADE FINANCIAL CORPORATION, E*TRADE FINANCIAL HOLDINGS, LLC, FREETRADE, LTD., INTERACTIVE BROKERS LLC, M1 FINANCE, LLC, OPEN TO THE PUBLIC INVESTING, INC., ROBINHOOD FINANCIAL, LLC, ROBINHOOD MARKETS, INC., ROBINHOOD SECURITIES, LLC, IG GROUP HOLDINGS PLC, TASTYWORKS, INC., TD AMERITRADE, INC., THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., FF TRADE REPUBLIC GROWTH, LLC, TRADING 212 LTD., TRADING 212 UK LTD., WEBULL FINANCIAL LLC, FUMI HOLDINGS, INC., STASH FINANCIAL, INC., BARCLAYS BANK PLC, CITADEL ENTERPRISE AMERICAS, LLC, CITADEL SECURITIES LLC, MELVIN CAPITAL MANAGEMENT LP, SEQUOIA CAPITAL OPERATIONS LLC, APEX CLEARING CORPORATION, THE DEPOSITORY TRUST & CLEARING CORPORATION,<br><br>                                   Defendants. | 1:21-cv-00677-LDH-RLM<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Plaintiffs Dan Dechirico, Angel Guzman, and Joshua Palmer ("Plaintiffs") and undersigned Defendants (collectively, "Defendants", and together with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed a Complaint on February 8, 2021 (Dkt. No. 1);

WHEREAS, Defendants' deadlines to move or otherwise respond to the Complaint fall between April 9 and May 3, 2021;

WHEREAS, on February 5, 2021, the plaintiffs in *Cheng et al v. Ally Financial Inc. et al*, 21-cv-00781 (N.D. Cal.), filed a Motion for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Motion") with the Judicial Panel on Multidistrict Litigation ("JPML");

WHEREAS, the Motion petitioned the JPML to transfer the *Cheng* action and 40 other cases and to establish a multidistrict litigation in the Northern District of California (JPML Dkt. No. 1);

WHEREAS, on February 9, 2021, the JPML accepted the Motion for filing as *In re January 2021 Short Squeeze Trading Litigation* (MDL No. 2989) and ordered an accelerated briefing schedule (JPML Dkt. No. 4);

WHEREAS, on February 23, 2021, Charles Schwab & Co., Inc., TD Ameritrade, Inc., TD Ameritrade Clearing, Inc., TD Ameritrade Holding Corporation, and The Charles Schwab Corporation filed a Notice of Potential Tag-Along Actions, identifying a number of additional cases, including the instant action, as tag-along cases for the JPML to consider transferring to the proposed multidistrict litigation (JPML Dkt. No. 66);

WHEREAS, on March 1, 2021, Plaintiffs filed a response to the Motion, agreeing that the cases should be centralized into one multidistrict litigation and asserting that the most convenient forum for centralization is the Eastern District of New York (JPML Dkt. No. 159);

WHEREAS, the hearing on the Motion before the JPML is scheduled for March 25, 2021;

2

*JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT*
Case No. 1:21-cv-00677-LDH-RLM

WHEREAS, the Parties have met and conferred and have agreed to extend Defendants' deadline to move or otherwise respond to the Complaint to April 30, 2021 or, if the transfer motion is granted, until the date by which the transferee judge orders Defendants to move or otherwise respond to the Complaint, whichever is later;

WHEREAS, this is the first extension that has been requested and the Parties have not obtained any previous extensions;

WHEREAS, this extension of time would not impact any other scheduled dates;

WHEREAS, Defendants do not waive, and expressly reserve, all available defenses and challenges to jurisdiction;

WHEREAS, Defendants preserve all rights to move or otherwise respond to the Complaint;

WHEREAS, the undersigned Defendants have received notice of the instant action and have waived the service of summons and thus any objections to the absence of a summons or of service of the Complaint.

NOW THEREFORE, the Parties stipulate that:

1. Defendants' deadline to move or otherwise respond to the operative Complaint shall be extended to April 30, 2021 or, if the transfer motion is granted, until the date by which the transferee judge orders Defendants to move or otherwise respond to the Complaint, whichever is later.

2. The Parties may stipulate to a further extension of time to move or otherwise respond to the Complaint in this action.

3. Nothing herein shall prevent Defendants from moving for additional time to move or otherwise respond to the operative Complaint.

3

*JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT*
Case No. 1:21-cv-00677-LDH-RLM

DATED: March 11, 2021

| | |
|---|---|
| **HACH ROSE SCHIRRIPA & CHEVERIE LLP** | **CRAVATH, SWAINE & MOORE LLP** |
| */s/ Frank R. Schirripa* | */s/ Antony L. Ryan* |
| Frank R. Schirripa | Antony L. Ryan |
| Kathryn A. Hettler | Kevin J. Orsini |
| Eugene Zaydfudim | Brittany L. Sukiennik |
| 112 Madison Avenue, 10th Floor | 825 8th Avenue |
| New York, NY 10016 | New York, NY 10019 |
| Telephone: (732) 800-0251 | Telephone: (212) 474-1000 |
| Facsimile: (732) 982-2147 | Email: aryan@cravath.com |
| Email: fschirripa@hrsclaw.com | Email: korsini@cravath.com |
| Email: kh@hrsclaw.com | Email: bsukiennik@cravath.com |
| Email: ezaydfudim@hrslaw.com | |
| | *Attorneys for Defendants Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc.* |
| *Attorneys for Plaintiffs* | |

4

*JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT*
Case No. 1:21-cv-00677-LDH-RLM

| **JENNER & BLOCK, LLP** | **WHITE & CASE LLP** |
|---|---|
| By: */s/ Stephen Ascher* | By: */s/ Jack E. Pace III* |
| Stephen L. Ascher<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 891-1670<br>Email: sascher@jenner.com | Jack E. Pace III<br>Bryan D. Gant<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Tel.: (212) 819-8200<br>Fax: (212) 354-8113<br>E-mail: jpace@whitecase.com<br>E-mail: bgant@whitecase.com |
| Gregory M. Boyle (*pro hac vice forthcoming*)<br>353 North Clark Street<br>Chicago, Illinois 60654-3456<br>Telephone: (312) 923-2651<br>Email: gboyle@jenner.com | J. Mark Gidley<br>701 Thirteenth Street, NW<br>Washington, DC 20005-3807<br>Tel.: (202) 626-3600<br>Fax: (202) 639-9355<br>E-mail: mgidley@whitecase.com |
| *Attorneys for Defendant The Depository Trust & Clearing Corporation* | Heather M. Burke<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306-2109<br>Tel.: (650) 213-0300<br>Fax: (650) 213-8158<br>E-mail: hburke@whitecase.com |
| | *Counsel for Defendant Apex Clearing Corp.* |

5

*JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT*
Case No. 1:21-cv-00677-LDH-RLM

| | |
|---|---|
| **LOWENSTEIN SANDLER LLP** | **BARNES & THORNBURG LLP** |
| By: */s/ Maya Ginsburg* | By: */s/ Thomas G. Haskins, Jr.* |
| Thomas E. Redburn, Jr.<br>Maya Ginsburg<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 262-6700<br>Facsimile: (973) 597-2457<br>Email: tredburn@lowenstein.com<br>Email: mginsburg@lowenstein.com | Thomas G. Haskins, Jr.<br>New York State Bar No. 4808606<br>445 Park Avenue, Suite 700<br>New York, NY 10022-8634<br>Telephone: (646) 746-2000<br>Facsimile: (646) 746-2001<br>thaskins@btlaw.com |
| Zarema Arutyunova Jaramillo<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Telephone: (202) 753-3800<br>Facsimile: (202) 753-3838<br>Email: zjaramillo@lowenstein.com | *Attorney for Defendant tastyworks, Inc.* |
| *Counsel for Melvin Capital Management LP* | |

6

*JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT*
Case No. 1:21-cv-00677-LDH-RLM

| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP** | **DECHERT LLP** |
| By: */s/ Robin Nunn* | By: */s/ Steven Bizar* |
| Robin Nunn<br>101 Park Avenue<br>New York, NY 10178<br>Tel.: (212) 309-6000 / Fax: (212) 309-3001<br>robin.nunn@morganlewis.com | Steven Bizar (SB-1666)<br>Philadelphia, PA 19104<br>Telephone: (215) 994 4000<br>Facsimile: (215) 994 2222<br>Email: steven.bizar@dechert.com |
| *Counsel for Defendant Stash Financial, Inc.* | Andrew J. Levander<br>Samuel W. Stelk<br>New York, NY 10036<br>Telephone: (212) 698 3500<br>Facsimile: (212) 698 3599<br>Email: andrew.levander@dechert.com<br>Email: samuel.stelk@dechert.com |
| | Shari Ross Lahlou<br>Washington, D.C. 20006<br>Telephone: (202) 261 3300<br>Facsimile: (202) 261 3333<br>Email: shari.lahlou@dechert.com |
| | *Counsel for Interactive Brokers LLC* |
| **GIBSON, DUNN & CRUTCHER LLP** | **SULLIVAN & CROMWELL LLP** |
| By: */s/ Jason J. Mendro*<br>Jason J. Mendro (No. 5423710)<br>1050 Connecticut Avenue, N.W., Washington, DC 20036-5306<br>Tel +1 202.887.3726 • Fax +1 202.530.9626<br>JMendro@gibsondunn.com | By: */s/ Marc De Leeuw*<br>Marc De Leeuw<br>deleeuwm@sullcrom.com<br>125 Broad Street<br>New York, New York 10004<br>Telephone:   (212) 558-4000<br>Facsimile:   (212) 558-3588 |
| *Counsel for TD Ameritrade, Inc., The Charles Schwab Corporation, Charles Schwab & Co. Inc.* | Adam S. Paris<br>parisa@sullcrom.com<br>1888 Century Park East<br>Los Angeles, CA 90067<br>Telephone:   (310) 712-6600<br>Facsimile:   (310) 712-8800 |
| | *Attorneys for Defendant Ally Financial, Inc.* |

7

*JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT*
Case No. 1:21-cv-00677-LDH-RLM

| | |
|---|---|
| **WILSON SONSINI GOODRICH & ROSATI** | **DAVIS POLK & WARDWELL LLP** |
| By: */s/ Jeffrey C. Bank* | By: */s/ Brian S. Weinstein* |
| Jeffrey C. Bank<br>New York State Bar No. 4460663<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone:  (212) 497-7761<br>Facsimile:   (212) 999-5899<br>jbank@wsgr.com | Brian S. Weinstein<br>Gina Cora<br>Janet Jones-Duffey<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5972<br>brian.weinstein@davispolk.com<br>gina.cora@davispolk.com<br>janet.jones-duffey@davispolk.com |
| Justina K. Sessions<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, California 94105<br>Telephone:  (415) 947-2197<br>Facsimile:   (415) 947-2099<br>Email:   jesssions@wsgr.com | *Attorneys for Defendants Morgan Stanley Smith Barney LLC; E*TRADE Financial Holdings, LLC; E*TRADE Securities LLC; E*TRADE Financial Corporation* |
| *Attorneys for Defendant Open to the Public Investing, Inc.* | |

**LATHAM & WATKINS LLP**

By: _/s/ Richard D. Owens_

Richard D. Owens
Lawrence E. Buterman
Lilia B. Vazova (*pro hac vice* forthcoming)
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: richard.owens@lw.com
   lawrence.buterman@lw.com
   lilia.vazova@lw.com

*Attorneys for Defendant Barclays Bank PLC*

**LATHAM & WATKINS LLP**

By: _/s/ Jennifer L. Giordano_

Jennifer L. Giordano
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
*jennifer.giordano@lw.com*

Alfred C. Pfeiffer, Jr. (*pro hac vice* forthcoming)
Belinda S Lee (*pro hac vice* forthcoming)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
*al.pfeiffer@lw.com*
*belinda.lee@lw.com*

*Attorneys for Defendants Square, Inc. and Cash App Investing LLC*

9

*JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT*
Case No. 1:21-cv-00677-LDH-RLM

**BARTLIT BECK LLP**
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ Stephen A. Broome

Steig D. Olson (Bar No. 4238630)
Christopher D. Kercher (Bar No. 4328118)
Stephen A. Broome (Bar No. 4463394)
**Quinn Emanuel Urquhart & Sullivan, LLP**
51 Madison Avenue, 22nd Floor,
New York, New York, 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: steigolson@quinnemanuel.com
Email: christopherkercher@quinnemanuel.com
Email: stephenbroome@quinnemanuel.com

Justin Reinheimer
**Quinn Emanuel Urquhart & Sullivan, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: justinreinheimer@quinnemanuel.com

William A. Burck
**Quinn Emanuel Urquhart & Sullivan, LLP**
1300 I Street NW Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
Email: williamburck@quinnemanuel.com

Adam L. Hoeflich
Dawson Robinson
**Bartlit Beck LLP**
54 W. Hubbard St., Ste. 300
Chicago, IL 60654
Tel: (312) 494-4400
Fax: (312) 494-4440
Email: adam.hoeflich@bartlitbeck.com
Email: dawson.robinson@bartlitbeck.com

*Counsel for Citadel Enterprise Americas, LLC and Citadel Securities LLC*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ Harry A. Olivar, Jr.

Harry A. Olivar, Jr. (NY Bar No. 2430478)
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: harryolivar@quinnemanuel.com

Linda J. Brewer (*pro hac vice forthcoming*)
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: lindabrewer@quinnemanuel.com

*Attorneys for Sequoia Capital Operations LLC*

*JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT*
Case No. 1:21-cv-00677-LDH-RLM

**IT IS SO ORDERED.**

Dated: _____, 2021            _____
                                                                      HON. LASHANN DEARCY HALL
                                                                      UNITED STATES DISTRICT JUDGE

11

*JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT*
Case No. 1:21-cv-00677-LDH-RLM